# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| EDWARD L. KEMPER, an individual, | Case No. 2:07-CV-00647-MCE-DAD |
| Plaintiffs, | STIPULATION TO EXTEND TIME TO RESPOND AND ORDER THEREON |
| v. | |
| FAIRMONT FOLSOM, LLC, and CWS APARTMENT HOMES, LLC, | |
| _ | Action Filed:   April 4, 2007 |
| Defendants. | |

Plaintiff EDWARD L. KEMPER, an individual, and Defendants FAIRMONT FOLSOM, LLC, and CWS APARTMENT HOMES, LLC, by and through their attorneys of record, stipulate and agree that Defendants shall have to and including June 18, 2007 in which to file an answer or otherwise respond to the complaint herein.

///

///

///

///

An extension of time is appropriate in order to give the parties additional time to review

**STIPULATION TO EXTEND TIME TO RESPOND AND ORDER THEREON**

KIMBALL, TIREY & ST. JOHN
ATTORNEYS AT LAW
SAN DIEGO

1  this matter and respond to the complaint.

2      SO STIPULATED.

3                                CABLE LAW OFFICES

5  DATED: 5/25/07        By: _____/s/_____
6                             KEITH D. CABLE
                           Attorney for Plaintiff
7                             EDWARD L. KEMPER

9  DATED: 5/24/07        By: _____/s/_____
                           CRAIG D. McMAHON
10                            Attorneys for Defendants FAIRMONT FOLSOM,
                           LLC, and CWS APARTMENT HOMES, LLC

## ORDER ON STIPULATION

The parties having so stipulated, and good cause appearing therefor,

IT IS HEREBY ORDERED that Defendants FAIRMONT FOLSOM, LLC, and CWS APARTMENT HOMES, LLC, shall have up to and including June 18, 2007 within which to respond to the complaint on file herein.

DATED: May 29, 2007

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE