# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FAIRMONT FOLSOM, LLC, and CWS APARTMENT HOMES, LLC,<br>_<br>Defendants. | Case No.  2:07-CV-00647-MCE-DAD<br><br>STIPULATION TO EXTEND DISCOVERY COMPLETION DATE; AND ORDER<br><br>Action Filed:   April 4, 2007<br>Trial Date:      April 13, 2009 |

Plaintiff EDWARD L. KEMPER and Defendants FAIRMONT FOLSOM, LLC, and CWS APARTMENT HOMES, LLC, by and through their attorneys of record, stipulate and agree to extend the non-expert discovery completion date established by the Court in Part IV of its Pretrial (Status) Scheduling Order from June 13, 2008 to **August 8, 2008**.

///

///

///

///

///

IMBALL, TIREY
& ST. JOHN
ATTORNEYS AT LAW
SAN DIEGO

-1-                                                                      2:07-CV-00647-MCE-DAD

**STIPULATION TO EXTEND DISCOVERY; AND ORDER THEREON**

PDF created with pdfFactory trial version www.pdffactory.com

1  The parties have cooperated in the scheduling and taking of depositions and a defense medical
2  examination; however, witness availability and calendar conflicts have led to the need for
3  additional time to enable both parties to complete their discovery.

4      SO STIPULATED.

5                              CABLE LAW OFFICES

7  DATED:  June 2, 2008              By:   /s/ *Keith D. Cable*
8                                                  KEITH D. CABLE
                                                Attorney for Plaintiff
9                                                  EDWARD L. KEMPER

11                             KIMBALL, TIREY & ST. JOHN LLP

13 DATED:  6/2/08                   By:   /s/ *Jeffrey N. Garland*
14                                                   JEFFREY N. GARLAND
                                                Attorneys for Defendants
15                                                 FAIRMONT FOLSOM, LLC, and
                                                CWS APARTMENT HOMES, LLC

18 **<u>ORDER ON STIPULATION</u>**

19     The parties having so stipulated, and good cause appearing therefor,
20     IT IS SO ORDERED.

21 DATED: June 16, 2008

23                                 MORRISON C. ENGLAND, JR
                                UNITED STATES DISTRICT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com