1
KEITH D. CABLE (SBN 170055)
CABLE LAW OFFICES

2
101 Parkshore Drive, Suite 100
Folsom, CA 95630

3
Telephone: (916) 608-7995
Facsimile: (916) 984-5775

4

Attorneys for Plaintiff

5
Edward L. Kemper

6
James O. McLaughlin, Esq. (SBN 97725)
**KIMBALL, TIREY & ST. JOHN LLP**

7
1202 Kettner Boulevard, Third Floor
San Diego, CA 92101

8
Telephone: (619) 231-1422
Facsimile:  (619) 234-7692

9

Attorneys for Defendants FAIRMONT FOLSOM, LLC

10
And CWS APARTMENT HOMES, LLC

11

**UNITED STATES DISTRICT COURT**

12

**EASTERN DISTRICT OF CALIFORNIA**

13

14
EDWARD L. KEMPER, an individual,

Case No.  2:07-CV-00647-MCE-DAD

15

16
Plaintiffs,

STIPULATION TO EXTEND DEADLINE TO FILE JOINT FINAL PRETRIAL CONFERENCE STATEMENT; AND ORDER

17
v.

18
FAIRMONT FOLSOM, LLC, and CWS APARTMENT HOMES, LLC,

19

20
Defendants.

Action Filed:     April 4, 2007
Trial Date:       April 13, 2009

21

22      Plaintiff EDWARD L. KEMPER and Defendants FAIRMONT FOLSOM, LLC, and

23 CWS APARTMENT HOMES, LLC, by and through their attorneys of record, hereby

24 stipulate and agree to extend the deadline to file the Joint Final Pretrial Conference

25 Statement (as established by the Court in Part VII of its Pretrial (Status) Scheduling

26 Order) from February 20, 2009 to **February 27, 2009**.

27      ///

28      Plaintiff's counsel, Charles Ferguson, underwent abdominal surgery this morning

CABLE LAW
OFFICES
FOLSOM, CA

-1-                                                            2:07-CV-00647-MCE-DAD

STIPULATION TO EXTEND DEADLINE TO FILE JOINT FINAL PRETRIAL CONFERENCE STATEMENT; AND ORDER

PDF created with pdfFactory trial version www.pdffactory.com

1    in Miami, Florida relative to a recent diagnosis of Achalasia.  Mr. Ferguson was primarily

2    involved in preparing the Joint Final Pretrial Conference Statement on Plaintiff's behalf.

3    Local counsel Keith Cable will be taking over the completion of the statement, and will

4    work in conjunction with defense counsel James McLaughlin in that regard.  However,

5    Mr. Cable will reasonably require additional time to complete Plaintiff's portion of the

6    statement.  Plaintiff believes there is good cause for this brief extension.

7

8        **SO STIPULATED.**

                                              CABLE LAW OFFICES

9

10

11   DATED: 2/19/09                          By: /s/ Keith D. Cable
                                                 KEITH D. CABLE
                                                 Attorney for Plaintiff
12                                               EDWARD L. KEMPER

13

                                              KIMBALL, TIREY & ST. JOHN LLP
14

15

16   DATED: 2/19/09                          By: /s/James O. McLaughlin
                                                 James O. McLaughlin
                                                 Attorneys for Defendants
17                                               FAIRMONT FOLSOM, LLC, and
                                                 CWS APARTMENT HOMES, LLC
18

19

20                          **ORDER ON STIPULATION**

21        The parties having so stipulated, and good cause appearing therefor,

22        IT IS SO ORDERED.

23   DATED: February 20, 2009

24

25                                    MORRISON C. ENGLAND, JR
                                      UNITED STATES DISTRICT JUDGE

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com