KEITH D. CABLE (SBN 170055)
**CABLE GALLAGHER**
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: (916) 608-7995
Facsimile:  (916) 608-7986

Attorneys for Plaintiff
Edward L. Kemper

James O. McLaughlin, Esq. (SBN 97725)
**KIMBALL, TIREY & ST. JOHN LLP**
1202 Kettner Boulevard, Third Floor
San Diego, CA 92101
Telephone: (619) 231-1422
Facsimile:  (619) 234-7692

Attorneys for Defendants FAIRMONT FOLSOM, LLC
And CWS APARTMENT HOMES, LLC

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER, an individual,<br><br>                            Plaintiffs,<br><br>v.<br><br>FAIRMONT FOLSOM, LLC, and CWS APARTMENT HOMES, LLC,<br><br>                            Defendants. | Case No.  2:07-CV-00647 DAD<br><br>STIPULATION TO EXTEND DEADLINE TO FILE JOINT FINAL PRETRIAL STATEMENT; AND ORDER<br><br><br>Action Filed:   April 4, 2007<br>Trial Date:     December 1, 2009 |

   Plaintiff EDWARD L. KEMPER and Defendants FAIRMONT FOLSOM, LLC, and CWS APARTMENT HOMES, LLC, by and through their attorneys of record, hereby stipulate and agree to extend the deadline to file the Joint Final Pretrial Statement from September 10, 2009 to **September 14, 2009**.

   The parties have been working diligently and in good faith to complete the Joint Final Pretrial Statement in a timely fashion.  However, the parties require a brief

continuance in which to finalize the document and present it to the Court for filing.

**SO STIPULATED.**

CABLE GALLAGHER

DATED: 9/9/09                               By: /s/ Keith D. Cable
                                            KEITH D. CABLE
                                            Attorney for Plaintiff
                                            EDWARD L. KEMPER


KIMBALL, TIREY & ST. JOHN LLP

DATED: 9/9/09                               By: /s/James O. McLaughlin
                                            James O. McLaughlin
                                            Attorneys for Defendants
                                            FAIRMONT FOLSOM, LLC, and
                                            CWS APARTMENT HOMES, LLC

### ORDER ON STIPULATION

The parties having so stipulated, and good cause appearing therefor,

IT IS SO ORDERED.

DATED:  September 11, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.consent/kemper0647.stipord