IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD L. KEMPER,

    Plaintiff,　　　　　　　　　　No. CIV S-07-0647 DAD

    v.

FAIRMONT FOLSOM, LLC, and　　　ORDER RE DISPOSITIONAL DOCUMENTS
CWS APARTMENT HOMES, LLC,　　　AFTER NOTIFICATION OF SETTLEMENT

    Defendants.
_____/

    Counsel for plaintiff has filed a Notice of Settlement in the above-captioned case. Good cause appearing, the Jury Trial set for December 1, 2009 and all related dates are hereby VACATED. Documents disposing of the case shall be filed with the court no later than thirty (30) days from the date this order is signed. Failure to comply with this order may be grounds for the imposition of sanctions.

    IT IS SO ORDERED.

DATED: November 25, 2009.

                        /s/ Dale A. Drozd
                        DALE A. DROZD
                        UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1/orders.consent/kemper0647.dispdocs